**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

EGI-VSR, LLC,

                              Plaintiff,

-against-                      19 **CIVIL** 6099 (ER)

**JUDGMENT**

RICHARD LESLIE HUBER, ALEXANDER
LESLIE HUBER, CATREX LIMITADA, and
DICREX LIMITADA,

                              Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2020, the Hubers' motion is granted and EGI's petition to enforce the award is dismissed as time-barred; EGI's motion to strike is denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York
          March 29, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                     Clerk of Court
                              **BY:**
                                                    _____
                                                     **Deputy Clerk**